Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, <br><br> Plaintiff, <br><br> vs. <br><br> AMRITA KAUR DHILLON, et al., <br><br> Defendants. | No. 1:16-cv-00018-LJO-BAM <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendants Amrita Kaur Dhillon, Jaypal Singh Dhillon, Sabreen Kaur Dhillon, Sonia Kaur Dhillon, Jasoneet Singh Dhillon, Satwant Singh Dhillon, Davinder Singh Dhillon, Harkiran Kaur Dhillon, Gursheel Singh Dhillon, Kawaldeep Kaur Dhillon, and Me-N-Ed's Pizzerias, Inc., dba Me-N-Ed's Pizza Parlor #14. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: **May 31, 2016**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE